In the Matter of: SOLANO WELL SERVICES, L.L.C.; Packard Gas Company, formerly known as Amco Oil Company; Amco Energy, Incorporated, formerly known as Capco Offshore, Incorporated; Capco Operating Corporation; Capco Asset Management, Incorporated; Capco Energy, Incorporated, formerly known as Amco Petroleum, Incorporated, Debtors

Victor E. Harris, Appellee

v.

Pyramid Gom, Incorporated; Ilyas Chaudhary, Appellants.

No. 12–20449.

United States Court of Appeals, Fifth Circuit.

Sept. 9, 2013.

Charles Edwin Harrell, Jr., Esq., Hughes, Watters & Askanase, L.L.P., Houston, TX, for Appellee.

Robert William Higgason, The Woodlands, TX, for Appellants.

Before JOLLY, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The appeal is reinstated and the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be